So Ordered.

Signed this 28 day of June, 2021.

_____

Diane Davis

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In re:

JOHN PICCIRILLI, INC.,

                                                Case No. 21-60057-6-dd
                                                   Chapter 11 Case
                                                    (Subchapter V)

                        Debtor,
_____

**ORDER DENYING CONFIRMATION OF DEBTOR'S FIRST AMENDED SUBCHAPTER V PLAN OF REORGANIZATION**

WHEREAS, on May 20, 2021, at ECF No. 54, the above-referenced Subchapter V Debtor (the "Debtor") filed its first Amended Chapter 11 Plan (the "Amended Plan").

WHEREAS, on June 22, 2021 at 10:30 a.m., telephonically via AT&T Conference Call, the Court held a hearing to consider confirmation of the Amended Plan (the "Hearing");

WHEREAS, the Debtor having appeared telephonically at the Hearing by its counsel Peter A. Orville, Esq. of Orville & McDonald Law, PC, arguing in favor of confirmation of the Amended Plan; and Mark J. Schlant, Esq., having appeared telephonically at the Hearing on behalf of the Subchapter V Trustee; and Erin Champion, Esq., having appeared telephonically at the Hearing on behalf of the Office of the United States Trustee; and Marjorie A. Bialy, Esq., having appeared telephonically at the Hearing on behalf of creditor M&T Bank; and Wesley T. Kozeny, Esq., having appeared telephonically at the Hearing on behalf of Kubota Credit Corporation;

THEREFORE, upon due consideration, and for the reasons stated on the record, it is hereby

**ORDERED** that confirmation of the Amended Plan is **DENIED**

###